IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,

        Plaintiffs,

v.                                               Civil Action No. 3:18cv676

MIKE STINSON, *et al.*,

        Defendants.

---

DARLENE GIBBS, *et al.*,

        Plaintiffs,

v.                                               Civil Action No. 3:18cv48

HAYNES INVESTMENTS, LLC, *et al.*,

        Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Sever Claims Against Michael Stinson, Linda Stinson, 7HBF No. 2, Startup Capital Ventures, L.P., and Stephen Shaper (the "Motion"). (ECF No. 315.) In support of the Motion, Plaintiffs submit that "the Settling Defendants have agreed to settle the claims against them on a class basis," and that "[t]he remaining defendants—L. Steven Haynes, Haynes Investments, LLC, and Sovereign Business Solutions, LLC—have not yet been able to mediate before Judge Colombell." (Mem. Supp. Mot. 1, ECF No. 316.) "Because the settlement with the Settling Defendants will require court approval and Plaintiffs' claims against the remaining [D]efendants are unresolved, the [p]arties believe that the Plaintiffs' claims against the Settling Defendants should be severed into a separate lawsuit." (*Id.*)

Upon due consideration, and for good cause shown, the Court SEVERS the claims in this matter against Michael Stinson, Linda Stinson, 7HBF No. 2, Startup Capital Ventures, L.P., and Stephen Shaper. The Court instructs the Clerk to (1) open a new civil case number for Plaintiffs and the remaining Defendants L. Steven Haynes, Haynes Investments, LLC, and Sovereign Business Solutions, LLC; and, (2) waive the filing fee for Plaintiffs.

Let the Clerk send a copy of this Order to Judge Colombell and all counsel of record.

It is SO ORDERED.

Date: 2/10/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge